UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

ALPINE PARTNERS (BVI) L.P.,                          1:23-mc-00173 (JLR)

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782        **ORDER**
to Conduct Discovery for Use in a Foreign
Proceeding.

JENNIFER L. ROCHON, United States District Judge:

On September 1, 2023, the Court granted the parties' request to voluntarily dismiss

Respondents Sumitomo Pharma UK Holdings, Ltd. (f/k/a Sumitovant Biopharma Ltd.),

Sumitomo Pharma America, Inc. (f/k/a Sumitovant Biopharma, Inc.), Myrtle Potter, and

Matthew Gline, and to terminate them from the docket. ECF No. 39 at 5. The Court also

granted the Application for an Order Pursuant to 28 U.S.C. § 1782, ECF No. 1 (the

"Application"), as to the remaining Respondents, *see* ECF No. 39 at 3. Consequently, there

are no non-terminated parties with respect to whom the Application has not been granted.

Thus, the Court respectfully directs the Clerk of Court to terminate the motion at ECF No. 1

and close the case.

Dated:  October 31, 2023
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge