UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>ALPINE PARTNERS (BVI) L.P.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use inf a Foreign Proceeding. | No. 1:23-mc-00173 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

    Petitioner Alpine Partners (BVI) L.P. has informed the Court that the underlying foreign proceeding in Bermuda has reached a settlement agreement and that it no longer requests assistance from this Court pursuant to 28 U.S.C. § 1782 with discovery to be used in the foreign proceeding.  Dkt. 65.  Petitioner represents that the action may thus be closed.  *Id.*

    In light of the fact that there is no remaining assistance sought from the Court, the Clerk of Court is respectfully directed to CLOSE the case.

Dated: April 25, 2025
       New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*
                        JENNIFER L. ROCHON
                        United States District Judge